**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.:** 00-2634 (DWF/AJB)

| | |
|---|---|
| Franklin Lehn and<br>Kerry Lehn,<br><br>Plaintiffs,<br><br>vs.<br><br>Shadduck, Young & Brown, LLP,<br>Sheldon R. Brown, and Jennifer J. Ford,<br><br>Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** AND ORDER |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs, Franklin Lehn and Kerry Lehn and their attorneys, that the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

By:____________________
Peter F. Barry, Esq.
Minn Attorney I.D.#0266577
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

Attorneys for Plaintiffs

FILED AUG 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 21 2001
DEPUTY CLERK________



J:\Closed 37000 Files\37049B --Lehn v. Shadduck (PFB)\Shadduck\Notice of Dismissal.doc

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: August 20, 2001

The Honorable U.S. District Judge
United States District Court