# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Franklin Lehn and Kerry Lehn

Case No. Civil 00-2634DWF/AJB

v.

**JUDGMENT IN A CIVIL CASE**

Shadduck, Young & Brown and Sheldon R. Brown, and
Jennifer J. Ford

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Pltf's complaint against Dft shall be dismissed with prejudice without costs, or disbursements, or attys' fees to any party.

DATE: August 21, 2001

RICHARD SLETTEN, CLERK

Patricia Kegley

Patricia Kegley, Deputy Clerk

3